PER CURIAM.

Transporting gin, an alcoholic beverage, in a dry area is the offense, with punishment assessed at a fine of $100.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

PER CURIAM.

The offense is selling beer in a dry area; the punishment, 60 days in jail.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

**Leroy BROWN, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28954.**

Court of Criminal Appeals of Texas.

April 10, 1957.

**Frank BLASINGAME, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28938.**

Court of Criminal Appeals of Texas.

April 3, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.